UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MALCOLM O. ASHLEY, : CIVIL NO. 3:17-cv-00724-AWT

Plaintiff,

v.

CITY OF BRIDGEPORT; LT. RONALD
MERCADO, OFFICER RODERICK
DODA ; OFFICER MARIE CETTI; and ST.
VINCENTS MEDICAL
CENTER,

Defendants.

## PLAINTIFF'S MOTION UNDER RULE 37(a)(3)(B) FEDERAL RULES OF CIVIL PROCEDURES SEEKING TO COMPEL DEFENDANT CITY OF BRIDGEPORT TO PROVIDE REPONSES TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF ELECTRONIC VIDEO / FILM

Pursuant to Fed.R.Civ.P 37(a)(3)(B)(iii) and (iv), Plaintiff files this MOTION TO COMPEL responses and production pursuant to Rules 26(b)(1) and 34 by Defendant City of Bridgeport to the Interrogatories and Request for Production of Electronic video /film[1] referenced in issued requests on 20 December 2017.

Plaintiff as movant, has in good faith conferred with and asked the Defendant City of Bridgeport, to provide responses to the Interrogatories and to provide the video by 7 March 2018, after the Defendant City of Bridgeport failed to do so on or

---

[1] **Specifically, video (film) or electronic (video) records referenced and stipulated** in Bridgeport Police Internal Affairs investigation OIA Case 15I-082, of the Bridgeport Police Headquarters front desk on 4 April 2015, reviewed by senior Internal Affairs Investigator, Sgt. Tjuana Bradley-Webb.

before the deadline of the court granted extension that expired on 21 February 2018. Defendant has not responded at all.

## STATEMENT OF CASE DISCOVERY HISTORY

All discovery documents sought by the Plaintiff, are in possession of the Defendant, and were wholly generated by the Defendant City of Bridgeport. The interrogatories referenced by the Plaintiff for discovery purposes are sought for trial. The electronic / video was referenced by the senior internal affairs investigator in OIA Case 15I-082.

Plaintiff respectfully asks intervention by the trial Court to protect the integrity of the discovery process.

Wherefore the Plaintiff prays for relief and Judgement.

Respectfully,

PLAINTIFF,
MALCOLM O. ASHLEY

*Malcolm O. Ashley*

Malcolm O. Ashley
19672 US HIGHWAY 80
Danville, Georgia 31017-1705
404.483.1570
Naturescoop77@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing was filed electronically and served upon all parties by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

PLAINTIFF,
MALCOLM O. ASHLEY

*Malcolm O. Ashley*

Malcolm O. Ashley
19672 US HIGHWAY 80
Danville, Georgia 31017-1705
404.483.1570
Naturescoop77@aol.com
