Civil- (Dec-2008)

**HONORABLE:** Alvin W. Thompson
**DEPUTY CLERK** L. S. Ferguson    **RPTR/ECRO/TAPE** C. Thompson
**TOTAL TIME:** 1 hours 01 minutes
**DATE:** 8/28/19    **START TIME:** 11:08 am    **END TIME:** 12:09 am
**LUNCH RECESS** FROM: ____ TO: ____
**RECESS** (if more than ½ hr) FROM: ____ TO: ____

**CIVIL NO.** 3:17-cv-00724-AWT

Malcolm O. Ashley

vs

City of Bridgeport et al

Meryl Anne Spat
Plaintiff's Counsel

K.A. Canty, R.G. Kascak, Jr., P. Williams
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing    ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ….# 125 Motion to Dismiss Cnts 6, 7, 8 & 9 of the Cmp re St.Vincent's ☑ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….# ___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …. ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☑ ………… Motion Hearing continued until August 29, 2019 at 10:30 am